Alan Dexter Bowman, Esq.
1 Gateway Center Suite 2600
Newark, New Jersey 07102
Office: (973) 622-2225
Fax: (973) 634-3994
<u>alanbowman.lawoffice@gmail.com</u>
Attorney ID# 011491976

| | | |
|---|---|---|
| State of New Jersey | : | United States District Court |
| | : | District Court of New Jersey |
| Plaintiff | : | Case. No. 2:21-mj-10433-MAH |
| | : | |
| V. | : | <u>Criminal Action</u> |
| Julian Giraud | : | Consent Order |
| | : | |
| Defendant | : | |
| | : | |

To: AUSA Rachelle M. Navarro
Assistant United States Attorney
District of New Jersey
970 Broad Street
Newark, New Jersey 07102

Clerk, United States District Court
District of New Jersey
50 Walnut Street #4015
Newark, New Jersey 07102

This matter having been opened to the Court for an order removing defendant from electronic monitoring. Honorable Michael Hammer, U.S.D.J., presiding and the United States and defendant having agreed, it is on this ___11___ day of July 2024 ordered that defendant is released from electronic monitoring.

_____
Honorable Michael Hammer, U.S.D.J.

## **Certification of Service**

I hereby certify that the Motion for an extension of time to file brief and appendix on behalf of Tyheem Rogers was filed via e-courts on June 12, 2024.

To: Camden County Criminal Case Management
County Hall of Justice
101 South 5th Street
Camden, New Jersey 08103

Office of The Camden County Prosecutor
200 Federal Street
Camden, New Jersey 08103

**Please Take Notice** that Defendant-Appellant Tyheem Rogers, by his attorney Alan Dexter Bowman, Esq. hereby requests an extension of time to file brief and appendix.

_____ADB_____

_____
Euginia O. Barrows

Alan Dexter Bowman, Esq.
1 Gateway Center Suite 2600
Newark, New Jersey 07102
Office: (973) 622-2225
Fax: (973) 634-3994
alanbowman.lawoffice@gmail.com
Attorney ID# 011491976

_____

| **State of New Jersey** | : | Superior Court of New Jersey |
|---|---|---|
|  | : | Appellate Division |
| **Plaintiff** | : | Docket No. A-000945-23T3 |
|  | : |  |
| **V.** | : | Criminal Action |
|  | : | Motion For Extension of Time To |
| **Tyheem Rogers** | : | File Brief |

|  | : |
| --- | --- |
| **Defendant-Appellant.** | : |
| _____ | : |

To: Camden County Criminal Case Management
County Hall of Justice
101 South 5th Street
Camden, New Jersey 08103

Office of The Camden County Prosecutor
200 Federal Street
Camden, New Jersey 08103


                                        _____ADB_____