Alan Dexter Bowman, Esq.
1 Gateway Center Suite 2600
Newark, New Jersey 07102
Office: (973) 622-2225
Fax: (973) 634-3994
<u>alanbowman.lawoffice@gmail.com</u>
Attorney ID# 011491976

Alan Dexter Bowman, Esq.                                  Euginia Barrows
                                                          Paralegal

June 14, 2024

**Re: Julien Giraud**

Clerk, United States District Court
District of New Jersey
50 Walnut Street #4015
Newark, New Jersey 07102

Dear Clerk,

    Attached please find a consent order releasing defendant from electronic monitoring. Please advise.

                                                                \_\_\_\_\_ADB\_\_\_\_

Alan Dexter Bowman, Esq.
1 Gateway Center Suite 2600
Newark, New Jersey 07102
Office: (973) 622-2225
Fax: (973) 634-3994
alanbowman.lawoffice@gmail.com
Attorney ID# 011491976

| | | |
|---|---|---|
| State of New Jersey | : | United States District Court |
| | : | District Court of New Jersey |
| Plaintiff | : | Case. No. 2:21-mj-10433-MAH |
| | : | |
| V. | : | Criminal Action |
| Julian Giraud | : | Consent Order |
| | : | |
| Defendant | : | |
| | : | |

To: AUSA Rachelle M. Navarro
Assistant United States Attorney
District of New Jersey
970 Broad Street
Newark, New Jersey 07102

Clerk, United States District Court
District of New Jersey
50 Walnut Street #4015
Newark, New Jersey 07102

This matter having been opened to the Court for an order removing defendant from electronic monitoring, the Honorable Michael Hammer, U.S.D.J., presiding, and the United States and defendant having agreed, it is on this ___14___ day of June 2024 ordered that defendant is released from electronic monitoring.

_____
Honorable Michael Hammer, U.S.