UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 21-10433 |
| JULIEN GIRAUD, Jr., and<br>JULIEN GIRAUD, III | : | **ORDER FOR CONTINUANCE** |

1.  This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Rachelle M. Navarro, Assistant United States Attorney, appearing), and defendant Julien Giraud, Jr. (by Hassen Abdellah, Esq., appearing) and defendant Julien Giraud III (by Alan Dexter Bowman, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through November 1, 2024.

2.  This Court granted sixteen § 3161(h)(7)(A) continuances previously in this case.

3.  Counsel for the parties represented that this additional continuance is for effective preparation.

4.  Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.  The defendants know that they have the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after their arrest.

6.  Both defendants have consented to this continuance, and neither defendant is in custody pending trial.

- 2 -

7.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a.    The circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

    b.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore: and the Court having held a hearing on this applicat on the record on August 15, 2024; and being satisfied that Defendants consent to entry of the within Continuance; and for good

ORDERED that this action is continued from the date of this Order through November 1, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Dated: 8/15/2024

Form and entry consented to:

_____
Rachelle M. Navarro
Assistant United States Attorney

_____, Esq.
Hassen D. Asfellah
Counsel for Julien Giraud, Jr.

_____
Alan Dexter Bowman, Esq.
Counsel for Julien Giraud III.

- 3 -