IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VS. | : CRIMINAL NO. 24-768 |
| | : |
| JULIEN GIRAUD III | : |

### NOTIC OF JOINDER IN MOTION TO DISMISS

**TO THE HONORABLE EDWARD S. KIEL, JUDGE OF SAID COURT:**

The Defendant, Julien Giraud, III in the above-captioned matter by his attorney, Gina A. Amoriello, Esquire, hereby respectfully joins in the motion to dismiss and for alternative relief filed on July 27, 2025, by codefendant Julien Giraud, Jr., under ECF Document 99.

Respectfully submitted:

*/s/ Gina Amoriello*
GINA AMORIELLO, ESQUIRE
Attorney for Defendant Giraud III

DATED: 7/28/25

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of July, 2025, I have served the below referenced parties via electronic filing thus making it available for downloading and printing, a copy of the attached Notion of Joinder in the Motion to Dismiss upon the following parties:

AUSA Rachelle Navarro  
AUSA Alison Thompson  
970 Broad Street  
Suite 700  
Newark, NJ 07102

Honorable Edward S. Kiel  
U.S. District Judge  
U.S. Courthouse  
4th and Cooper Streets  
Camden, NJ 08101

/s/ Gina Amoriello  
GINA AMORIELLO, ESQUIRE  
Attorney for Defendant Giraud III