IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

————————

UNITED STATES OF AMERICA

v.

JULIEN GIRAUD JR. AND JULIEN GIRAUD III

Criminal Action No. 1:24-cr-00768

————————

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

————————

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so,

I hereby designate and assign the Honorable Matthew W. Brann of the United States

District Court for the Middle District of Pennsylvania for such a period as is necessary for

the disposition of the above-entitled matter and all related cases.



s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated:  July 28, 2025