

# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6270-2025

AUTHORIZING ALINA HABBA TO BE THE INTERIM
UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW JERSEY
DURING THE VACANCY IN THAT OFFICE

By virtue of the authority vested in the Attorney General by 28 U.S.C. § 546, I extend the designation and appointment of Alina Habba as the United States Attorney for the District of New Jersey. This order shall be effective May 27, 2025, through July 25, 2025, or until a Presidential appointee qualifies under 28 U.S.C. § 541, whichever occurs first.

_5/19/25_
Date

_[signature]_
Pamela Bondi
Attorney General