

# United States Attorney
# District of New Jersey

**Alina Habba**  970 Broad Street Suite 700
July 24, 2025  Newark, New Jersey 07102
  (973) 645-2700

Attorney General Pamela Bondi
United States Department of Justice
Robert F. Kennedy Building, Room 5111
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dear Attorney General Bondi:

I hereby resign my position as Interim United States Attorney for the District of New Jersey, effective at 5:00 pm today, July 24, 2025.

I look forward to continuing to lead the U.S. Attorney's Office for the District of New Jersey.

Thank you.

Sincerely,

Alina Habba