

# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6341-2025

APPOINTMENT OF ALINA HABBA AS SPECIAL ATTORNEY
AND DESIGNATION AS FIRST ASSISTANT UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

By virtue of the authority vested in the Attorney General by law, including 28 U.S.C.

§ 509, 510, and 515, I hereby appoint Alina Habba as a Special Attorney and designate her as

First Assistant United States Attorney for the District of New Jersey, effective upon her

resignation as United States Attorney for the District of New Jersey. As First Assistant United

States Attorney, Ms. Habba will have authority to serve as Acting United States Attorney upon a

vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies

Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

7/24/25
_____
Date

Pamela Bondi
Attorney General



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Office of the Director                      *Room 2261, RFK Main Justice Building*        *(202) 252-1000*
                                            *950 Pennsylvania Avenue, NW*
                                            *Washington, DC  20530*

July 24, 2025

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:          THE DEPUTY ATTORNEY GENERAL *TB/css*

FROM:             Francey Hakes *Francey Hakes*
                  Director

SUBJECT:          Special Attorney Appointment and Designation as First Assistant United
                  States Attorney for the District of New Jersey

PURPOSE:          To obtain the Attorney General's signature on the attached order for a
                  Special Attorney Appointment and Designation as First Assistant United
                  States Attorney for the District of New Jersey.

AG DECISION REQUESTED BY: July 24, 2025.  The Attorney General's Office has requested
that Alina Habba be appointed to this critical position as soon as possible so that she may lead
the office in carrying out the priorities of the Administration.

REQUIRED DUE DATE: None.

EXECUTIVE SUMMARY: The last Presidentially appointed United States Attorney for the
District of New Jersey resigned on January 8, 2025, thereby creating a vacancy in the
position.  Since that time, the position of United States Attorney has been filled on an interim
basis through an Attorney General appointment pursuant to 28 U.S.C. § 546. The Executive
Office for United States Attorneys (EOUSA) requests that the position be filled with an
individual selected by the current Administration pursuant to 28 U.S.C. § 509, 510, and
515.  The appointee meets the residency requirement of the position.  A proposed appointment
order is attached for your consideration.

DISCUSSION: EOUSA requests that Alina Habba be appointed as a Special Attorney and
designated as First Assistant United States Attorney for the District of New Jersey. As First

Memorandum for the Attorney General                                        Page 2
Subject: Special Attorney Appointment and Designation as First Assistant United
          States Attorney for the District of New Jersey


Assistant United States Attorney, Ms. Habba will have authority to serve as Acting United States
Attorney upon a vacancy in that office, subject to the conditions and time limitations of the
Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

CONSULTATION: None.

OTHER STAKEHOLDERS: None.

RECOMMENDATION: EOUSA recommends that the Attorney General sign the attached order.

Memorandum for the Attorney General                                      Page 3
Subject: Special Attorney Appointment and Designation as First Assistant United
          States Attorney for the District of New Jersey


APPROVE: _____          Concurring Component(s):

                                              OLC _____ 7/24/25

DISAPPROVE: _____          Non-Concurring Component(s):


Attachment:
Attorney General Order



**U.S. Department of Justice**

Office of Legal Counsel

Office of the Deputy Assistant Attorney General          *Washington, D.C. 20530*

July 24, 2025

MEMORANDUM FOR PAMELA BONDI
Attorney General

*Re: Proposed Attorney General Order Appointing Alina Habba as
Special Attorney and Designating Her as First Assistant United
States Attorney for the District of New Jersey*

**ACTION MEMORANDUM**

The attached proposed Attorney General Order was submitted to this Office for review with respect to form and legality.

The proposed Order would appoint Alina Habba as a Special Attorney and further designate her as First Assistant United States Attorney ("FAUSA") for the District of New Jersey, effective upon her resignation as United States Attorney for the District of New Jersey. We have been advised that Ms. Habba has submitted a letter of resignation from the position of United States Attorney, which she held pursuant to an appointment by the Attorney General under 28 U.S.C. § 546(a), effective at 5:00 p.m. today. Appointing Ms. Habba as a Special Attorney and designating her as FAUSA will enable her to serve as Acting United States Attorney when permitted by the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

The attached proposed Attorney General Order is approved with respect to form and legality.

Lanora C. Pettit
Deputy Assistant Attorney General