

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Mark E. Coyne*  
*Assistant U.S. Attorney*

970 Broad Street, 7th floor  
Newark, New Jersey 07102

973-297-2002

July 31, 2025

Hon. Matthew W. Brann  
Chief United States District Judge  
U.S. District Court  
Middle District of Pennsylvania  
U.S. Courthouse and Federal Office Building  
240 West Third Street  
Suite 218  
Williamsport, PA 17701

    Re:   *United States v. Giraud III et al.*, No. 24-cr-768 (MRB)

Dear Chief Judge Brann:

    I write to correct two mistakes on pages 5 and 15 of the government's initial brief (Docket Entry 108). Mr. Sellinger's resignation as United States Attorney became effective January 8, 2025, after which the then-First Assistant U.S. Attorney served as Acting U.S. Attorney until early March 2025. The mistakes do not affect the issues presently before the Court. Still, I apologize to the Court and opposing counsel for making them. And I thank the Court for its consideration.

                        Respectfully submitted,

                        ALINA HABBA  
                        ACTING UNITED STATES ATTORNEY

By:   Mark E. Coyne  
       Assistant U.S. Attorney  
       Chief, Appeals Division

cc:   Thomas S. Mirigliano, Esq.  
       Gina A. Amoriello, Esq.  
       (by notice of electronic filing)

**CERTIFICATE OF SERVICE**

      I certify that today I caused a copy of this letter to be served by notice of electronic filing upon all counsel of record in this case.

                                                  Mark E. Coyne
                                                  Assistant U.S. Attorney
                                                  Chief, Appeals Division

Dated: July 31, 2025