UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Matthew W. Brann, Ch. U.S.D.J. |
| v. | : | Crim. No. 24-768 |
| JULIEN GIRAUD JR. and JULIEN GIRAUD III, | : | NOTICE OF APPEARANCE |
| Defendants. | : | |

PLEASE TAKE NOTICE that the undersigned, Henry C. Whitaker, hereby enters his appearance as co-counsel for the United States of America in this case.

PAMELA J. BONDI
U.S. ATTORNEY GENERAL

TODD W. BLANCHE
DEPUTY U.S. ATTORNEY GENERAL

ALINA HABBA
ACTING U.S. ATTORNEY
SPECIAL ATTORNEY

　/s/ Henry C. Whitaker
Henry C. Whitaker
Counselor to the Attorney General

Dated: August 7, 2025