# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIEN GIRAUD JR., and<br>JULIEN GIRAUD III,<br><br>Defendants. | No. 1:24-CR-00768<br><br>(Chief Judge Brann)*<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Mary L. Dohrmann, hereby enters her appearance as counsel for *Amicus Curiae* the Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ) in this case.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

- State of New York (2016)
- U.S. District Court for the District of the District of Columbia (2017)

Dated: August 11, 2025

/s/ *Mary L. Dohrmann*
MARY L. DOHRMANN*
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave NW, Suite 440

---

* The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

Washington, D.C. 20015
202-617-2640
mdohrmann@washingtonlitigationgroup.org
* Admitted only in New York; practicing under the supervision of D.C. Bar Members

*Attorney for Amicus Curiae*
*Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused a copy of this document to be served by the notice of electronic filing generated by this Court's electronic case filing system upon all counsel of record in this case.

*/s/ Mary L. Dohrmann*
MARY L. DOHRMANN*
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave NW, Suite 440
Washington, D.C. 20015
202-617-2640
mdohrmann@washingtonlitigationgroup.org
* Admitted only in New York; practicing under the supervision of D.C. Bar Members
