# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | (Chief Judge Brann)[*] |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | |
| Defendants. | |

# ORDER

### AUGUST 11, 2025

*Amicus curiae* the Association of Criminal Defense Lawyers of New Jersey ("ACDL-NJ") has moved for leave to participate in the oral argument in this matter scheduled for 10:00 a.m. on Friday, August 15, 2025.[1] ACDL-NJ represents that the Girauds consent to the motion and the Government takes no position on it.[2] The Government has not opposed ACDL-NJ's motion. For the same reasons that the Court granted ACDL-NJ's motion for leave to file an *amicus* brief,[3] the Court finds that ACDL-NJ's participation in oral argument will aid in the resolution of the legal questions presented in this matter. Therefore, **IT IS HEREBY ORDERED** that:

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.
[1] Doc. 120.
[2] *Id.* at 2.
[3] Doc. 117 at 2.

1. *Amicus curiae* ACDL-NJ's motion for leave to participate in oral argument is **GRANTED**.

2. ADCL-NJ will be permitted 10 minutes of oral advocacy and may respond to questions from the Court where appropriate.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        Chief United States District Judge for
        the Middle District of Pennsylvania
        Specially Presiding