UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIEN GIRAUD JR. and<br>JULIEN GIRAUD III,<br>       **Defendants** | Crim. No. 24-768 (MWB) |

DECLARATION OF SERGIO GOR

I, Sergio Gor, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. President Trump appointed me Assistant to the President and Director of the Office of Presidential Personnel on January 20, 2025. Since my appointment, I have led that office, which oversees the selection and removal process for appointments throughout the Executive Branch.

2. On July 29, 2025, the United States filed an opposition brief in this Court. *See* DE108.

3. Exhibit I (DE108-9) attached to that brief is a true and accurate copy of an email sent by Saurabh N. Sharma, Special Assistant to the President and one of my subordinates in the Office of Presidential Personnel, to Desiree Leigh Grace at 12:02 am on Saturday, July 26, 2025, with Ms. Grace's email address redacted.

4. In that email, Ms. Grace was informed that, insofar as the District Court for the District of New Jersey had authority in purporting to appoint her United States Attorney for the District of New Jersey, the President was, through that email, exercising his statutory and constitutional authority to remove Ms. Grace from that office.

– 2 –

5. Mr. Sharma sent that email at my direction to implement the President's decision to remove Ms. Grace in connection with the President's determination that Alina Habba should serve as Acting United States Attorney and continue leading the U.S. Attorney's Office for the District of New Jersey.

I declare, under penalty of perjury, that the foregoing is true to the best of my knowledge and belief.

Sergio Gor
Assistant to the President
and Director of the Office of
Presidential Personnel

Date: August 11, 2025