## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

JULIEN GIRAUD JR., and
JULIEN GIRAUD III,

     Defendants.

No. 1:24-CR-00768

(Chief Judge Brann)*

## <u>ORDER</u>

**AND NOW**, this 13th day of August 2025, **IT IS HEREBY ORDERED** that:

1.    The Court will hold a telephonic status conference on **August 13, 2025, at 2:00 p.m.** Counsel in the case of USA v. Pina, 2:25-CR-00436, shall participate in this conference call.

2.    Counsel for Government shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3.    The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.