# EXHIBIT 1

8/13/25, 11:16 AM District of New Jersey | Meet the Acting U.S. Attorney and Special Assistant to the United States Attorney General

Case 1:24-cr-00768-MWB    Document 136-1    Filed 08/13/25    Page 2 of 3 PageID: 666



# Meet the Acting U.S. Attorney and Special Assistant to the United States Attorney General



## Acting U.S. Attorney and Special Assistant to the United States Attorney General Alina Habba

Alina Habba is the Acting U.S. Attorney and Special Assistant to the United States Attorney General for the District of New Jersey.  As Acting U.S. Attorney and Special Assistant to the United States Attorney General, she is responsible for overseeing all federal criminal prosecutions and the litigation of all civil matters in New Jersey in which the federal government has an interest. Including the offices in Newark, Camden, and Trenton, Ms. Habba supervises a staff of

8/13/25, 11:16 AM                                District of New Jersey | Meet the Acting U.S. Attorney and Special Assistant to the United States Attorney General

Case 1:24-cr-00768-MWB    Document 136-1    Filed 08/13/25    Page 3 of 3 PageID: 667

approximately 155 federal prosecutors and approximately 130 support personnel.

Updated August 11, 2025

### District of New Jersey

Main Office:

970 Broad Street, 7th Floor

Newark, NJ 07102

Newark: 973-645-2700

Hearing Impaired: 973-645-6227

FAX: 973-645-2702

Camden: 856-757-5026

Hearing Impaired: 856-968-4983

FAX: 856-968-4917

Trenton: 609-989-2190

FAX: 609-989-2275