# EXHIBIT 1

8/13/25, 11:16 AM	District of New Jersey | Meet the Acting U.S. Attorney and Special Assistant to the United States Attorney General

Case 1:24-cr-00768-MWB    Document 137    Filed 08/13/25    Page 2 of 5 PageID: 671



# Meet the Acting U.S. Attorney and Special Assistant to the United States Attorney General



## Acting U.S. Attorney and Special Assistant to the United States Attorney General Alina Habba

Alina Habba is the Acting U.S. Attorney and Special Assistant to the United States Attorney General for the District of New Jersey.  As Acting U.S. Attorney and Special Assistant to the United States Attorney General, she is responsible for overseeing all federal criminal prosecutions and the litigation of all civil matters in New Jersey in which the federal government has an interest. Including the offices in Newark, Camden, and Trenton, Ms. Habba supervises a staff of

8/13/25, 11:16 AM    District of New Jersey | Meet the Acting U.S. Attorney and Special Assistant to the United States Attorney General

Case 1:24-cr-00768-MWB    Document 137    Filed 08/13/25    Page 3 of 5 PageID: 672

*approximately 155 federal prosecutors and approximately 130 support personnel.*

Updated August 11, 2025

### District of New Jersey

Main Office:

970 Broad Street, 7th Floor

Newark, NJ 07102

Newark: 973-645-2700

Hearing Impaired: 973-645-6227

FAX: 973-645-2702

Camden: 856-757-5026

Hearing Impaired: 856-968-4983

FAX: 856-968-4917

Trenton: 609-989-2190

FAX: 609-989-2275



United States
Attorney's Office
District of New Jersey



# Meet the Acting U.S. Attorney



## Acting U.S. Attorney Alina Habba

*Alina Habba is the Acting U.S. Attorney for the District of New Jersey.  As Acting U.S. Attorney, she is responsible for overseeing all federal criminal prosecutions and the litigation of all civil matters in New Jersey in which the federal government has an interest.  Including the offices in Newark, Camden, and Trenton, Ms. Habba supervises a staff of approximately 155 federal prosecutors and approximately 130 support personnel.*

*Updated July 30, 2025*

8/4/25, 2:56 PM
District of New Jersey | Meet the Acting U.S. Attorney
Case 1:24-cr-00768-MWB    Document 137    Filed 08/12/25    Page 5 of 5 PageID: 674



District of New Jersey

Main Office: