IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | (Chief Judge Brann)* |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | |
| Defendants. | |

## ORDER

### AUGUST 15, 2025

As discussed at the Oral Argument held this day, **IT IS HEREBY ORDERED** that the parties and *amicus curiae* ACDL-NJ may optionally submit supplemental briefs of no more than 15 pages by no later than 5:00 p.m. on Monday, August 18, 2025. Although this Order is cross docketed in *United States v. Pina*, No. 2:25-CR-0436 (D.N.J.), the Government may submit only one supplemental brief to respond to both matters, and may docket that brief in either case or both.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

\*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.