# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | (Chief Judge Brann)[*] |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:25-CR-00436 |
| v. | (Chief Judge Brann)[*] |
| CESAR HUMBERTO PINA, | |
| Defendant. | |

## ORDER

**FEBRUARY 5, 2026**

On Tuesday, February 3, 2026, the United States Court of Appeals for the Third Circuit issued its mandate in these matters. In accordance with the return of jurisdiction to this Court, **IT IS HEREBY ORDERED** that the parties shall confer and indicate to the Court in a joint letter filed no later than **5:00 p.m. on Wednesday, February 11, 2026**:

1. Whether the stay in these matters should be lifted;

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

2. Whether any issues remain in these matters that continue to require this Court's special designation; and

3. If this Court's designation is no longer necessary, the letter should include a proposed Order remanding these cases to the original presiding Judges.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding