

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7ᵗʰ floor*                                    973-645-2700
*Newark, New Jersey 07102*

February 11, 2026

Hon. Matthew W. Brann
Chief United States District Judge
United States District Court
 for the Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

     Re:    *United States v. Giraud III et al.*, No. 24-cr-768 (MRB)
             *United States v. Pina*, No. 25-cr-436 (MRB

Dear Chief Judge Brann:

     I write on behalf of the parties regarding (1) whether "the stay in these matters should be lifted" and (2) whether "any issues remain in these matters that continue to require the Court's special designation." *Giraud* Docket Entry 151; *Pina* Docket Entry 74.

     There are two stays in play here:  (1) the stay of the trial and "all other pretrial motions" that this Court entered August 1, 2025 in *Giraud* pending disposition of the Girauds' motion to disqualify Alina Habba, *Giraud* Docket Entry 117; and (2) the stay of the disqualification orders in *Giraud* and *Pina* "pending appellate proceedings in these matters," *Giraud* Docket Entry 145; *Pina* Docket Entry 69. There is no need to keep the latter stay in place. But there is or soon will be an issue in both cases warranting this Court's continued retention of them.

     All three defendants have filed or soon will file motions joining in the authority challenge now pending before this Court in *Naviwala* and *Torres*. *See Pina* Docket Entries 75–76. Those motions make or will make *Giraud* and *Pina* "related" to *Naviwala* and therefore subject to Chief Judge Chagares's designation and related cases order in *Naviwala*. Accordingly, this Court should not transfer *Giraud* and *Pina* back to Judges Kiel and Arleo, respectively, until this Court resolves the authority challenge in *Naviwala* and *Torres*.

The parties thank the Court for its consideration.

Respectfully submitted,

TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

PHILIP LAMPARELLO
SENIOR COUNSEL

Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

cc:    Counsel of Record (via ECF)