

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

March 24, 2026

Honorable Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, Pennsylvania  17701

      Re:    *United States v. Giraud*, Crim. No. 24-768

Dear Chief Judge Brann:

      Given the District Court's appointment yesterday of Robert Frazer as United States Attorney for the District of New Jersey, the parties respectfully request an opportunity to discuss with each other whether the defendants still wish to pursue their authority challenge. A week should suffice, after which the parties will report back to this Court whether any further proceedings regarding the authority issue will be necessary.  The parties thank the Court for its consideration.

        Respectfully submitted,

        ROBERT FRAZER
        UNITED STATES ATTORNEY

        Rachelle M. Navarro
        Alison Thompson
        Assistant United States Attorneys

cc:    Counsel of Record (via ECF)