

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*          973-645-2700
*Newark, New Jersey 07102*

March 30, 2026

Honorable Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, Pennsylvania  17701

  Re: *United States v. Giraud*, Crim. No. 24-768

Dear Chief Judge Brann:

  Given the District Court's appointment of Robert Frazer as United States Attorney for the District of New Jersey, the parties have conferred, and Defendants agree that the pending authority issues in their case are resolved.  Therefore, Defendants withdraw their authority challenge while their reserving rights to re-file upon any change in circumstances.

  As such, the parties respectfully request that this matter be transferred back to the Honorable Edward S. Kiel for the scheduling of the suppression hearing, oral argument on motions *in limine* and trial.  The parties thank the Court for its consideration.

       Respectfully submitted,

       ROBERT FRAZER
       UNITED STATES ATTORNEY

       Rachelle M. Navarro
       Alison Thompson
       Assistant United States Attorneys

cc: Counsel of Record (via ECF)