**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

v.

JULIEN GIRAUD JR., and
JULIEN GIRAUD III,

Defendants.

No. 1:24-CR-00768

(Chief Judge Brann)[*]

**ORDER**

**APRIL 1, 2026**

The parties having agreed that there are no issues within the purview of my special designation remaining to be decided in this matter, **IT IS HEREBY ORDERED** that:

1.    The pending motions to disqualify (Docs. 153, 154) are **DENIED** as moot;

2.    The stay in this matter is **LIFTED**; and

3.    This case is transferred back to the originally presiding Judge.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[*]    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.