# *GINA A. AMORIELLO*
### *ATTORNEY AT LAW*

1515 Market Street, Suite 1200
Philadelphia, PA  19102
(215) 389-3090

10000 Lincoln Drive East, Suite 201
Marlton, NJ  08053
gamorielloesq@gmail.com

_____

April 11, 2026

Honorable Edward S. Kiel
United States District Court
District of New Jersey
*Via Electronic Filing*

   RE: United States v. Julien Giraud, III
     Crim. No. 24-768

Dear Judge Kiel:

  The above matter is currently scheduled for a motions hearing on April 22, 2026.  At the last listing before Your Honor, my client indicated that he wished to change his plea and enter a guilty plea to the sole count against him in the Indictment.

  We are therefore requesting that a Change of Plea Hearing be scheduled for Monday, April 20, 2026 at 1:30pm.

  Thank you.

        Respectfully submitted,

        *Gina A. Amoriello*

        Gina A. Amoriello