

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Rachelle M. Navarro*
*Assistant United States Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2721*

April 13, 2026

**<u>VIA ECF</u>**

Honorable Edward S. Kiel
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101

      Re:    *United States v. Giraud Jr. and Giraud III* (24-cr-768)

Dear Judge Kiel:

On April 9, 2026, the Court ordered that a hearing on all pending motions be held on April 22, 2026.  D.E. 160.  The Government's witness is not available that date.  As such, the parties have conferred with each other, as well as with the Court, and understand that all relevant parties and the Court are available on May 4, 2026.

As such, the parties respectfully request that the hearing be rescheduled for May 4, 2026.  Thank you.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: Rachelle M. Navarro
    Alison Thompson
    Assistant United States Attorneys

cc:  Defense counsel (via ECF)