

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*        *973-645-2700*
*Newark, New Jersey 07102*

May 6, 2026

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

     Re:    *United States v. Giraud*, Crim. No. 24-768

Dear Judge Kiel:

    On May 4, 2026, an evidentiary hearing was held before Your Honor.  At that hearing, the Government offered a stipulation signed by both parties, which the Court admitted into evidence as Government Exhibit No. 9.   That stipulation is hereby attached.

               Respectfully submitted,

               ROBERT FRAZER
               UNITED STATES ATTORNEY

               Rachelle M. Navarro
               Alison Thompson
               Assistant United States Attorneys

cc:    Counsel of Record (via ECF)