**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| | : | |
| v. | : | Crim. No. 24-768 |
| | : | |
| JULIEN GIRAUD JR. | : | **STIPULATION NO. 1** |
| | : | **in connection with *Franks* Hearing** |

It is hereby stipulated and agreed between Robert Frazer, United States Attorney for the District of New Jersey (by Rachelle M. Navarro and Alison Thompson, Assistant United States Attorneys), Defendant Julian Giraud Jr., by and through his attorney, Thomas Mirigliano, that:

1. The records from Uber Technologies, Inc. ("Uber") (the "Uber Records"), identified as GX 8 are authentic copies of records maintained by Uber in the regular course of business and are thus admissible under Federal Rule of Evidence 803(6).

2. According, the Uber Records are admitted into evidence without objection.

3. The Uber Records show that an Uber ride picked up Julien Giraud III at 30 Elm Place in Irvington, New Jersey, made a stop on Ellery Avenue in Irvington, and then continued on to 454 Spring Street in Elizabeth, New Jersey.

4. The parties further stipulate that Julien Giraud III ordered the Uber ride to return him to 30 Elm Place in Irvington after the stop at 454 Spring Street.

*(continued on the next page)*

For the United States:

ROBER FRAZER
United States Attorney

By: _____

Rachelle M. Navarro
Alison Thompson
Assistant United States Attorneys

For Defendant Julien Giraud Jr.:

_____

Thomas Mirigliano, Esq.

2