**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JULIEN GIRAUD JR., and**<br>**JULIEN GIRAUD III,**<br><br>**Defendants.** | **Case No. 24–cr–00768–ESK**<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on defendant Julien Giraud Jr.'s motion to suppress (Motion) (ECF No. 80); and the government having filed opposition to the Motion (ECF No. 82), to which Giraud Jr. filed a reply (ECF No. 84); and the Court having held a *Franks* Hearing on May 4, 2026 (ECF No. 168); and for the reasons in the accompanying opinion,

**IT IS** on this   **2nd** day of **July 2026**   **ORDERED** that:

1.    The Motion is **GRANTED**. All evidence obtained by the government from 30 Elm Place is hereby suppressed.

2.    The Clerk is directed to terminate the Motion at ECF No. 80.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**